UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK ROGERS,<br><br>    Plaintiff,<br><br>    v.<br><br>STUART SHERMAN, Warden at California Substance Abuse Treatment Facility and State Prison,<br><br>    Defendant. | No. 1:19-cv-01124-DAD-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONs AND DISMISSING ACTION<br><br>(Doc. No. 9) |

      Plaintiff Frederick Rogers is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On November 15, 2019, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's complaint be dismissed due to plaintiff's failure to prosecute and comply with a court order. (Doc. No. 9; *see also* Doc. Nos. 5, 7.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (Doc. No. 9 at 3.) No objections have been filed and the time in which to do so has now passed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and

recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on November 15, 2019 (Doc. No. 9) are adopted in full;
2. This action is dismissed due to plaintiff's failure to prosecute and obey court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 27, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE